AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of the Virgin Islands

| | |
|---|---|
| United States of America<br>v.<br>Carlos Alberto Della Valle Zavaleta<br><br>*Defendant(s)* | Case No.<br>3:24-mj-00072 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  December 25, 2024  in the county of  the United States  in the District of  the Virgin Islands , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 USC §1326 | On or about December 25, 2024, in the District of the Virgin Islands the defendant, Carlos Alberto Della Valle Zavaleta, an alien, was found in the United States after having been removed therefrom, on or about September 10, 1997 at or near El Paso, Texas and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States; in violation of Title 8, United States Code, Section 1326(a). |

This criminal complaint is based on these facts:

See attached Affidavit.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Heather Mcfarlane, SA HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/27/2024

_____
*Judge's signature*

City and state:  St. Thomas, USVI      Emile A. Henderson III, U.S. Magistrate Judge
*Printed name and title*