IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS ALBERTO DELLA VALLE ZAVALETA | 3:24-mj-00072 |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Heather L. Macfarlane, Agent with Immigration and Customs Enforcement (ICE) Homeland Security Investigations (HSI), being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent with Immigration and Customs Enforcement (ICE) Homeland Security Investigations (HSI) and have been employed in this capacity since March of 2024. During my time as an Special Agent, I completed the Criminal Investigator Training Program (CITP) and Homeland Security Investigations Special Agent Training (HSISAT) at the Federal Law Enforcement Training Center (FLETC) in Brunswick, Georgia. This training included specialized segments on immigration and customs laws and regulations. As part of my duties as a HSI Special Agent, I investigate violations of immigration and customs laws and regulations, and federal crimes contained within the United States Code. I am an "investigative or law enforcement officer of the Unites States" within the meaning defined in 18 U.S.C. § 2510(7), in that I am an

agent of the United States authorized by law to conduct investigations of, and make arrests for, federal offenses.

2. The statements contained in this affidavit are based upon my personal knowledge, as well as information provided to me by other law enforcement officials. All observations not personally made by me were relayed to me by the individuals who made them or were conveyed to me by my review of records, documents, and other physical evidence obtained during this investigation.

3. This affidavit contains information necessary to support probable cause for this complaint. This affidavit is not intended to include each; and every fact and matter observed by me or known to the United States Government. This affidavit is made solely for the limited purpose of setting forth probable cause to believe that Carlos Alberto Della Valle Zavaleta citizen and national of Mexico, was previously deported or removed from the United States, and was found to be in the United States, in violation of Title 8, United States Code, Section 1326.

4. On Wednesday, December 25th, 2024, at approximately 12:45 pm, Zavaleta presented himself for federal inspection at the Cyril E. King Airport in St. Thomas, U.S.V.I. seeking travel to Miami, FL on American Airlines flight No. 2283. Zavaleta presented an unexpired New York State learner permit ID and was referred to Secondary for verification of immigration status in the United States.

5. During the secondary inspection, Zavaleta made a sworn statement to CBP officers indicating that he knowingly, reentered the United States illegally on September 10th, 1997, walking from Mexico to Douglas, Arizona and did not present himself for inspection.

6. Record checks conducted revealed the following:

   a. On September 8th, 1997 Zavaleta was ordered deported by an Immigration Judge.

  b. On September 10th, 1997 Zavaleta was deported out of El Paso, Texas port of entry.

  c. Records checks did not show any legal entries into the United States by Zavaleta nor did Zavaleta show any proof that he was given advanced written permission to reenter the United States by the United States Attorney General or the Secretary of Department of Homeland Security.

7.  Based on my training and experience, I respectfully submit to the Court that sufficient probable cause exists to believe that on December 25th, 2024, within the District of the Virgin Islands, Carlos Alberto Della Valle Zavaleta having previously been deported or removed from the United States, was found to be in the United States, all in violation of Title 8, United States Code, Section 1326(a).

                _____
                Heather L. Macfarlane,
                Special Agent
                Homeland Security Investigations

Subscribed and sworn to before me this 27th day of December 2024.

_____
Honorable Emile A. Henderson III
United States Magistrate Judge