DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) MAGISTRATE NO. 2024-00072<br>)<br>) |
| CARLOS ALBERTO DELLA VALLE ZAVALETA, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

### ORDER FINDING PROBABLE CAUSE

**THIS MATTER** came before the Court on December 27, 2024 for a Preliminary Hearing on the following offense: reentry of a removed alien in violation of 8 U.S.C. § 1326(a). The Defendant, Carlos Alberto Della Valle Zavaleta, pursuant to Fed. R. Crim. P. 5.1(a)(1), has voluntarily and knowingly **WAIVED** his right to a Preliminary Hearing. The Government submitted a sworn affidavit in support of the offenses charged. The premises considered, and the Court otherwise being duly advised, the Court hereby finds probable cause for the offenses charged in the Complaint, and the Defendant, Carlos Alberto Della Valle Zavaleta, is now bound over to the District Court of the Virgin Islands for further proceedings.

Done and So **ORDERED** this 27th day of December, 2024.

EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE