# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | CASE NO. 3:25-cr-00004 |
| Plaintiff,   ) | |
| v.   ) | |
| ) | |
| CARLOS ABERTO DELLA VALLE   ) | |
| ZAVALETA,   ) | |
| ) | |
| Defendant.   ) | |

## ORDER

THIS MATTER came on for arraignment on February 6, 2025. The premises considered, it is hereby **ORDERED** that the following dates will apply:

1. Discovery will be completed by February 13, 2025.

2. Any motions will be filed by February 25, 2025.

3. A pretrial conference is scheduled for March 5, 2025 at 9:30 a.m. in Courtroom #2 before Magistrate Judge G. Alan Teague.

4. The parties shall notify the Court of their readiness for trial at least 10 days prior to the scheduled trial date.

5. Trial is scheduled for March 24, 2025 at 9:00 a.m. in Courtroom #1 before Chief Judge Robert A. Molloy.

ENTER:

Dated:   February 6, 2025

*/s/ G. Alan Teague*
G. ALAN TEAGUE
U.S. MAGISTRATE JUDGE