IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS/ST. JOHN

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2025-CR-04 |
| v. ) | |
| ) | |
| CARLOS ALBERTO DELLA VALLE ) | |
| ) | |
| ZAVALETA, ) | |
| ) | |
| Defendant. | |

**NOTICE OF FILING DISCOVERY AND BRADY REQUEST**
**BY DEFENDANT CARLOS ALBERTO DELLA VALLE ZAVALETA**

**NOW COMES** the defendant Carlos Alberto Della Valle Zavaleta, through undersigned counsel, and notifies the Court that he has on this 10th day of February 2025, served the Office of the United States Attorney with a Discovery and Brady Request by email.

DATED: February 10, 2025

Respectfully submitted,

MATTHEW CAMPBELL
FEDERAL PUBLIC DEFENDER

/s/ *Melanie Lark Turnbull, Esq.*
MELANIE LARK TURNBULL, ESQ.
Assistant Federal Defender
1336 Beltjen Road, Suite 202
St. Thomas, VI 00802
Tel (340) 774-4449
Fax (340) 776-7683
E-mail: melanie_turnbull@fd.org