

**Department of Homeland Security**
*Homeland Security Investigations*
*Forensic Laboratory*

## STATEMENT OF QUALIFICATIONS

## KENNETH M. WOODS

### Education

**Master of Science, Forensic Science, 2014**
George Mason University, Fairfax, VA

**Bachelor of Science, Administration of Justice**, 1982
Virginia Commonwealth University, Richmond, VA

### Professional Experience

**U.S. Department of Homeland Security (DHS)**
**Homeland Security Investigations (HSI)**
**Forensic Laboratory**

*The Homeland Security Investigations (HSI) Forensic Laboratory has been accredited since February 17, 2001. The laboratory is currently accredited by the ANSI National Accreditation Board (ANAB) under the International Standard ISO/IEC 17025 General Requirements for the Competence of Testing and Calibration Laboratories in the field of Forensic Testing, specifically in the disciplines of Forensic Document and Friction Ridge Examinations.*

*Supervisory Fingerprint Specialist*, November 2021 to Present
In addition to duties assigned as a Fingerprint Specialist, manage, direct, and coordinate the activities of fingerprint specialists; identify and schedule training, assign daily work assignments, provide advice, counsel, guidance, and instruction to examiners on both technical and administrative matters, evaluate work performance and complete annual performance appraisals.

Serve as a mentor for apprentice examiners; provide on the job training regarding casework examinations and participate in expert panels for question and answer training sessions. Provide instruction and training to law enforcement and other officials encompassing various components of friction ridge examinations. Works in conjunction with the Quality Manager to monitor section practices to verify continuing compliance with internal policies and procedures as well as ANAB guidelines and criteria; maintain competency test, proficiency test and testimony monitoring files; perform case file, administrative and technical reviews of forensic personnel; conduct internal audits and prepare annual accreditation reports.

*Senior Fingerprint Specialist,* October 2016 to November 2021
Primary duties are to conduct the analysis, comparison, and evaluation of friction ridge skin impressions.  Process submitted evidence for latent prints and photograph or recover those prints.  Conduct Automated Fingerprint Identification System (AFIS) searches of unknown prints through multiple databases.  Provide for the collection, preservation, and processing of evidence in the field as needed.  Prepare written reports and provide testimony in support of findings.  Assist in the training and orientation of new examiners to the laboratory.  Act as the unit supervisor in the absence there of.

*Fingerprint Specialist,* March 2007 to September 2016
Primary duties are to conduct the analysis, comparison, and evaluation of friction ridge skin impressions.  Process submitted evidence for latent prints and photograph or recover those prints.  Conduct Automated Fingerprint Identification System (AFIS) searches of unknown prints through multiple databases.  Provide for the collection, preservation, and processing of evidence in the field as needed.  Prepare written reports and provide testimony in support of findings.

**Prince William County Police Department (PWCPD)**
**Prince William County, VA**

*Fingerprint Technician*, 2003 to March 2007
Duties included:  Conducting manual and computer comparisons of fingerprints and latent impressions.  Effect identifications and report findings.  Maintain records for future examinations and criminal history.  Responding to subpoenas and providing expert testimony when needed.  Continuing education and instruction in crime scene matters and footwear and tire track comparison were completed annually.  Footwear and tire track comparisons were also conducted, and reports of findings generated.

*Crime Scene Analyst,* 1991 to 2003
Duties included:  Location, preservation, documentation, and collection of physical evidence in the major crime scenes of the county, chemically processing of evidence for latent fingerprints.  Received training in the examination and comparison of fingerprints and footwear impressions.  Conducted instruction to other members of the police department, and other agencies, in fingerprint matters, crime scene processing, and footwear examination.

*Police Patrol Officer*, 1982 to 1990
Duties included:  Handling calls for service, the investigation of crimes and accidents, the arrests and processing of prisoners, the location, preservation, documentation, and collection of evidence.  Chemically processing of items for latent fingerprints, apprenticeship in fingerprint examination, courtroom testimony in cases investigated, instructing other members of the police department in fingerprint and crime scene matters.

## Specialized Training

International Educational Conference, International Association for Identification (IAI) Reno, Nevada (August 2024)

International Educational Conference, International Association for Identification (IAI) National Harbor, District of Columbia (August 2023)

How to Crush it as a Supervisor, National Harbor, District of Columbia, (August 2023)

The Birth of Freedom, Leadership and Teamwork Experience, GuideQuest, Philadelphia, Pennsylvania – (June/August 2023)

Annual Symposium, American Society of Crime Laboratory Directors (ASCLD) Resilient Leadership, Austin, Texas (2023)

Leading High-Trust Teams - Leadership Development Program, GuideQuest, McLean, Virginia (September/November 2022)

International Educational Conference, International Association for Identification (IAI) Omaha, Nebraska (August 2022)

International Educational Conference, International Association for Identification (IAI) Nashville, Tennessee (August 2021)

Institute for Defense and Government Advancement, Biometrics for Government & Law Enforcement Conference, Arlington, VA (February 2020)

International Educational Conference, International Association for Identification (IAI) Reno, Nevada (August 2019)

International Educational Conference, International Association for Identification (IAI) San Antonio, TX (July / August 2018)

Become a Better Leader Workshop, IAI San Antonio, TX (July / August 2018)

DCS5 Training, Foster and Freeman, McLean, VA. 24 Hours, October 2017

International Educational Conference, International Association for Identification (IAI) Atlanta, GA (August 2017)

Statistical Thinking for Forensic Practitioners Workshop, IAI Atlanta, GA (August 2017)

Latent Print Training Programs – Building your Lab's Future Workshop, IAI Atlanta, GA (August 2017)

Making Optimal Decisions in Identifications and Exclusions – A Scientific Approach Workshop, IAI Atlanta, GA (August 2017)

International Educational Conference, International Association for Identification (IAI) Cincinnati OH (August 2016)

Complex Latent Print Examination, Debbie Benningfield / Ron Smith & Associates, North Charleston, SC (May 2016)

Federal Bureau of Investigation, CJIS Division, Universal Latent Workstation Software training, Dulles, VA (July 2013)

International Educational Conference, International Association for Identification (IAI) Phoenix, AZ (July 2012)

Visualization of Fingerprint Corrosion on Metal Workshop, IAI, Phoenix, AZ (July 2012)

American Society of Crime Laboratory Directors / Laboratory Accreditation Board (ASCLD/LAB) International Assessor Training, Savannah, GA (January 2012)

International Educational Conference, International Association for Identification (IAI) Milwaukee, WI (August 2011)

Complex Latent Print Sufficiency Workshop, IAI, Milwaukee, WI (2011)

The T-Model: Fingerprint Identification Based on Match Probability and Relevant Population Workshop, Milwaukee, WI (August 2011)

Distortion: Analysis and Discussion Workshop, Milwaukee, WI (2011)

Creases and Third Level Details Workshop, Milwaukee WI (2011)

Adobe Photoshop for Forensics, George Reis/Resolution Video Inc, McLean, VA (October 2010)

ESDA2 Training, 1 Hour, Foster + Freeman, McLean, VA (December 2010)

Educational Conference, IAI, Spokane, WA (July 2010)

Educational Seminar - Chesapeake Bay Division of the International Association for Identification (CBD/IAI), Virginia Beach, VA (March 2010)

Educational Seminar, CBD/IAI, Morgantown, WV (2009)

Educational Conference, IAI, Tampa, FL (August 2009)

Mastering Comparison Phase, Virginia Beach, VA (April 2009)

Educational Seminar, CBD/IAI, Virginia Beach, VA (2009)

International Educational Conference, IAI, Louisville, KY (2008)

Microscopy Workshop, CBD/IAI (2008)

Educational Seminar, CBD/IAI (2008)

Preparing for Daubert Testimony, ICE/FDL (2007)

Forensic Academy Annual Retraining, Virginia Department of Forensic Science (VADFS) (2007)

Educational Seminar, CBD/IAI (2007)

Latent Impressions Search Smart, CBD/IAI (2007)

Forensic Ridgeology, New York State Police, IAI (2007)

Educational Seminar, CBD/IAI (2005)

Forensic Academy Annual Retraining, VADFS (2005)

Educational Seminar, CBD/IAI (2004)

Forensic Academy Annual Retraining, VADFS (2004)

Educational Seminar, CBD/IAI (2003)

Forensic Academy Annual Retraining, VADFS (2003)

Fingerprint Examiners Seminar, VADFS (2003)

Educational Seminar, CBD/IAI (2002)

Forensic Academy Annual Retaining, VADFS (2002)

Fingerprint Examiners Seminar, VADFS (2001)

Educational Seminar, CBD/IAI (2001)

Advanced Fingerprint Testimony, Prince William Criminal Justice Academy, (PWCJA) (2001)

AFIS 21 Training, Virginia State Police Academy (VASPA) (2000)

Forensic Academy Annual Retraining, VADFS (2000)

Educational Seminar, CBD/IAI (1999)

Forensic Academy Annual Retraining, VADFS (1999)

Advanced Footwear Examination Course, PWCJA (1999)

Educational Seminar, CBD/IAI (1999)

Forensic Academy Annual Retraining, VADFS (1998)

Advanced Footwear and Tire Track Examination Course, Maryland State Police Forensic Laboratory / IAI (1998)

Fingerprint Examiners Annual Seminar, VADFS (1998)

Educational Seminar, CBD/IAI (1997)

Forensic Academy Annual Retraining, VADFS (1997)

Educational Seminar, CBD/IAI (1997)

Alternate Light Source Workshop for Fingerprint and Crime Scene Work, VADFS (1997)

Latent Fingerprint Examination, US Park Police / Federal Bureau of Investigation (FBI) (1996)

Forensic Academy Annual Retraining, VADFS (1996)

Forensic Academy Annual Retraining, VADFS (1995)

Demystifying Palm Prints, Northern Virginia Regional Identification System (NOVARIS) (1994)

Forensic Academy Annual Retraining, VADFS (1994)

Forensic Academy Annual Retraining, VADFS (1993)

Basic Fingerprint Classification, Alexandria Police Department / FBI (1993)

Forensic Light Source and Chemistry Seminar – Metropolitan Washington Police Department, (1993)

Fingerprint Examiners Annual Seminar, VADFS (1993)

Fingerprint Testimony and Demeanor School, FBI Academy (1992)

Forensic Academy Annual Retaining, Virginia Bureau of Forensic Science (VABFS) (1992)

Advanced Latent Fingerprint Examination, Northern Virginia Criminal Justice Academy (NVCJA) / FBI (1992)

Forensic Academy Annual Retraining, VABFS (1991)

Forensic Academy Annual Retraining, VABFS (1990)

Forensic Academy Annual Retraining, VABFS (1989)

Medical – Legal Aspects of Death Investigation, VABFS (1989)

Instructor Development, NVCJA (1989)

Crime Scene Technician School, PWCJA (1987)

Bloodstain Pattern Analysis Workshop, NVCJA (1987)

Basic Academy, NVCJA (1982)

## Presentations and Instruction

Participation in Without a Trace Southwest Boarder Instruction, Del Rio, Laredo, and Harlingen, TX (February 2020)

Participation in Evidence Recovery Team Instruction, El Centro, CA (April 2019)

Participation in Evidence Recovery Team Instruction, Tucson, AZ (September 2018)

Participation and Partnership of the HSI-FL - DHS/ICE/HSI Special Agent Cadet Program in conjuction with INOVA Fairfax Hospital, Fairfax, VA. (July 2018)

Participation in Evidence Recovery Team Instruction, Portland, OR (April/May 2018)

Participation and Partnership of the HSI-FL - DHS/ICE/HSI Special Agent Cadet Program in conjuction with INOVA Fairfax Hospital, Fairfax, VA. (July 2017)

Participation and Partnership of the HSI-FL - DHS/ICE/HSI Special Agent Cadet Program in conjuction with Georgetown Hospital, Washington, D.C. (July 2016)

Participation and Partnership of the HSI-FL - DHS/ICE/HSI Special Agent Cadet Program in conjuction with Georgetown Hospital, Washington, D.C. (July-August 2015)

Instructed fingerprint matters and evidence processing for special agents of HSI along the Southwest Border, El Paso, TX (June 2014)

Instructed fingerprint matters and crime scene processing for PWCJA for both basic academy and crime scene technician school from 1987 to 2007

## Accreditations and Certifications

Certified as a Latent Print Examiner by the International Association for Identification, 2009 to present

Commonwealth of Virginia General Police Instructor Certification and bi-annual Recertification, 1988 to 2008

## Professional Affiliations

Active Life member, International Association for Identification, 1993 to present

Active Sustaining Life member, Chesapeake Bay Division of the International Association for Identification, 1990 to present

Member, Florida Division of the International Association for Identification 2022 to present

Member, North Carolina Division of the International Association for Identification 2022 to present

CBD/IAI, Crime Scene Certification Board member, 3 years

Active Life member, Virginia Academy of Forensic Science Alumni Association, 1989 to present

VAFSAA - Board of Directors / Northern Director 2003 to 2006

## Testimony

Qualified as an expert witness in friction ridge identification in U.S. Federal District Courts of Arizona, California, Delaware, Florida, Idaho, Illinois, Mississippi, Missouri, New Mexico, Ohio, Pennsylvania, Virginia, Washington, and the U. S. Virgin Islands, U.S. Immigration Courts of New Jersey, New York, and Florida, and State Courts in Virginia.

Qualified as an expert witness in footwear examination and crime scene processing in the State Courts of Virginia.

## Additional Information

Successfully completed annual proficiency testing in the forensic discipline of Latent Print Examination, Collaborative Testing Services and Ron Smith and Associates, 2007 to present

ANSI-National Accreditation Board - ANAB – Certified Technical Assessor, 2017 to present

ASCLD/LAB-International Certified Technical Assessor, July 2014 to 2017

ASCLD/LAB- Site Surveillance Team (August 2016)

ASCLD/LAB-International Assessment Team Audit (July 2014)

Received the Law Enforcement Public Service Award from the United States Attorney's Office Eastern District of Virginia, for outstanding casework and testimony in November 2008