IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS & ST. JOHN

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>CARLOS DELLA VALLE ZAVALETA, )<br>)<br>DEFENDANT. )<br>_____ ) | Case No. 25-CR-04 |

### **DEFENDANT DELLA VALLE ZAVALETA'S TRIAL BRIEF**

In compliance with the Court's Order at ECF #28, Mr. Della Valle Zavaleta submits the following Trial Brief:

a) Mr. Della Valle Zavaleta does not anticipate any witnesses at this time.

b) Mr. Della Valle Zavaleta does not anticipate introducing any exhibits in his case-in-chief at this time.

c) Mr. Della Valle Zavaleta does not anticipate a defense case at this time.

d) Mr. Della Valle Zavaleta does not have any non-standard *voir dire* questions at this time.

e) Mr. Della Valle Zavaleta does not have any non-standard jury instructions to propose at this time, but reserves the right to revisit the issue based on evidence adduced at trial.

Date: August 4, 2025

Respectfully submitted,

/s Melanie L. Turnbull
MELANIE L. TURNBULL, ESQUIRE
Assistant Federal Defender
1336 Beltjen Road, Suite 202
St. Thomas, VI 00802
Tel (340) 774-4449
Fax (340) 776-7683
E-mail: melanie_turnbull@fd.org