## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | |
| v. | **Case No. 3:25-CR-00004** |
| **CARLOS DELLA-VALLE-ZAVALETA** | |
| Defendant. | |

## UNITED STATES' TRIAL BRIEF

The United States of America, by and through Adam F. Sleeper, Acting United States Attorney for the District of the Virgin Islands, and Denise N. George, Assistant United States Attorney, hereby files its Trial Brief.

### I.

### STATEMENT OF THE CASE

**A.  INFORMATION**

On January 28, 2025, the Defendant Carlos Della-Vale-Zavaleta was ]charged by the United States Attorney in a one count Information charging the Defendant with Reentry of a Removed Alien in violation of Title 8, United States Code, Section 1326(a).

**B.  TRIAL STATUS**

A jury trial is currently scheduled for Monday, August 11, 2025, before the Honorable Robert A. Molloy.  The United States' case-in-chief is expected to last one day.

**C.  STATUS OF COUNSEL**

Defendant is represented by Melanie Turnbull, Esq., Federal Public Defender

**D.**

*U.S. v. Della-Vle-Zavaleta*
Trial Brief
Page 2

### E.  CUSTODY STATUS

Defendant is on pretrial release.

### F.  INTERPRETER

A Spanish interpreter may be required for the Defendant.

### G.  TRIAL READINESS

Currently, the United States is prepared to go to trial on August 11, 2025.

### H.  PRETRIAL MOTIONS AND MOTIONS IN LIMINE

There are no pending pre-trial motions.

### I.  STIPULATIONS

The parties have not agreed to any stipulations.

### J.  DISCOVERY

The United States has a turned over all discovery they are aware of and will continue to comply with any further discovery obligations.

Defendant has produced no reciprocal discovery.

## II

## STATEMENT OF FACTS

On Wednesday, December 25th, 2024, at approximately 12:45 pm, Defendant presented himself for federal inspection at the Cyril E. King Airport in St. Thomas, U.S.V.I. seeking travel to Miami, FL on American Airlines flight No. 2283.  Defendant presented an unexpired New York State learner permit ID and was referred to Secondary for verification of immigration status in the United States. During the secondary inspection, Defendant made a sworn statement to CBP officers indicating that he knowingly, reentered the United States illegally on September 10th,

*U.S. v. Della-Vle-Zavaleta*
Trial Brief
Page 3

1997, walking from Mexico to Douglas, Arizona and did not present himself for inspection. Immigration records checks conducted revealed the following:

a.  On September 8th, 1997 Defendant was ordered deported by an Immigration Judge.

b.  On September 10th, 1997 Defendant was deported out of El Paso, Texas port of entry.

c.  Records checks did not show any legal entries into the United States by Defendant nor did Defendant show any proof that he was given advanced written permission to reenter the United States by the United States Attorney General or the Secretary of Department of Homeland Security.

### III

### PERTINENT LAW AND LEGAL ISSUES

*Title 8 USC §1326 – Reentry of an illegal alien*

On or about December 25, 2024, in the District of the Virgin Islands the Defendant, an alien, was found in the United States after having been removed therefrom, on or about September 10, 1997 at or near El Paso, Texas and not having obtained the express consent of the Secretary of Homeland Security or Attorney General to reapply for admission to the United States.

*Elements*

1.  The defendant is an alien

2.  The defendant was deported,

3.  The defendant thereafter was "found in" in the United States

*U.S. v. Della-Vle-Zavaleta*
Trial Brief
Page 4

    4.  Without having obtained permission from the Attorney General or Secretary of Homeland Security to reapply for admission to the United States.

**B.**  <u>Legal Issues</u>

There are no legal issues to report currently.

**IV**

**<u>WITNESSES</u>**

The United States reserves the right to change the order of, substitute, or add or omit one or more witnesses. The United States expects to call the following witnesses during its case-in-chief:

**V**

    1.  Heather McFarlane

    2.  Ebonisha Hackworth

    3.  Pamela Melendez Torres

    4.  Fingerprint expert

    5.  Troy Williams

    6.  Jody C. Luntsford

**<u>EXHIBIT LIST</u>**

A final exhibit list will be provided at trial. The United States anticipates offering the following exhibits at trial, all of which have been produced or otherwise made available to counsel. The United States reserves the right to add, delete, or amend its exhibit list.

*U.S. v. Della-Vle-Zavaleta*
Trial Brief
Page 5

1. Arrest Warrant

2. Sworn Statement (Def.)

3. CIS Printouts

4. Government Immigration Record of Deportable/Inadmissible Alien (Def.)

5. Detainer

6. Lifted Detainer

7. Miranda Statement

8. USMS Forms

9. A File

10. Defendant Interview

11. NCIC Immigration document review

12. Defendant's Encounter documents

13. CBP forms

14. Certified government/public immigration record

15. Fingerprint Lab and expert report

## VI

## VOIR DIRE

The United States request that the following voir dire questions be addressed to the jury panel in addition to the Court's standard jury instructions:

1. Do any of you have strong feelings for or against the deportation of aliens by the federal government that would affect your ability to be impartial in this case?

*U.S. v. Della-Vle-Zavaleta*
Trial Brief
Page 6

The United States respectfully reserves the right to submit additional questions prior to

trial.

## II

## JURY INSTRUCTIONS

### Special Jury Instruction regarding flight of a Defendant

The United States does not anticipate any special jury instructions at this time, but reserves

its right to do so if the need arises in the interest of justice.

Dated: August 4, 2025                    ADAM F. SLEEPER
                                         ACTING U.S. ATTORNEY

                         By:     s/ *Denise N. George*
                                 Denise N. George, AUSA
                                 U.S. Attorney's Office
                                 5500 Veteran's Drive, Suite 260
                                 St. Thomas, VI 00802-6214
                                 (340) 715-9410
                                 denise.george@usdoj.gov