IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS ABERTO DELLA VALLE ZAVALETA,<br>            Defendant. | CASE NO. 3:25-CR-00004 |

GOVERNMENT UPDATED WITNESS LIST

1. Ebonisha Hackworth

2. Christopher Lobdell

3. Jody Luntsford

4. Heather Macfarlane

5. Pamela Melemdez-Torres

6. Troy Williams

                                        Respectfully submitted,

                                        ADAM F. SMITH
                                        Acting United States Attorney

Dated: August 11, 2025           By: */s/ Denise N. George*
                                        Denise N. George
                                        Assistant United States Attorney
                                        U.S. Attorney's Office
                                        District of the Virgin Islands
                                        5500 Veterans Drive, Suite 260
                                        St. Thomas, VI 00802
                                        Tel. (340) 774-5757
                                        Denise.George@usdoj.gov