IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

UNITED STATES OF AMERICA

v.                                                              CASE NO.  3:25-CR-00004

CARLOS ABERTO DELLA VALLE ZAVALETA,

                Defendant.

**GOVERNMENT SECOND UPDATED WITNESS LIST**

1. Ebonisha Hackworth
2. Jody Luntsford
3. Heather Macfarlane
4. Pamela Melemdez-Torres
5. Troy Williams

Respectfully submitted,

ADAM F. SMITH
Acting United States Attorney

Dated: August 11, 2025        By: */s/ Denise N. George*
Denise N. George
Assistant United States Attorney
U.S. Attorney's Office
District of the Virgin Islands
5500 Veterans Drive, Suite 260
St. Thomas, VI 00802
Tel. (340) 774-5757
Denise.George@usdoj.gov