**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 3:25-cr-0004 |
| **CARLOS ALBERTO DELLA VALLE ZAVALETA,** | ) |
| **Defendant.** | ) |

## JUDGMENT OF ACQUITTAL

**THIS MATTER** came before the Court for Jury Selection and Trial from August 11-12, 2025.  On August 12, 2025, the jury rendered a unanimous verdict finding Defendant Carlos Alberto Della Valle Zavaleta **NOT GUILTY** as to Count One (Reentry of an Illegal Alien) of the Information.  Accordingly, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that a **JUDGMENT OF ACQUITTAL** is entered in favor of Defendant Carlos Alberto Della Valle Zavaleta as to Count One of the Information; it is further

**ORDERED, ADJUDGED, AND DECREED** that this case be **DISMISSED WITH PREJUDICE** as to Defendant Carlos Alberto Della Valle Zavaleta; and it is further

**ORDERED, ADJUDGED, AND DECREED** that any bail or bond posted on behalf of the Defendant Carlos Alberto Della Valle Zavaleta be exonerated.

**Dated:** August 12, 2025         */s/ Robert A. Molloy*
                                   **ROBERT A. MOLLOY**
                                   **Chief Judge**