**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**CARLOS ALBERTO DELLA VALLE** )<br>**ZAVALETA,** )<br>)<br>**Defendant.** ) | Case No. 3:25-cr-0004 |

## VERDICT FORM

### COUNT ONE

As to Count One, Reentry of a Removed Alien, on or about December 25, 2024, as charged in the Information, we find the defendant, Carlos Alberto Della Valle Zavaleta:



   X
_____                                   _____
Not Guilty                                         Guilty



Foreperson

DATED this 12 day of August, 2025.